IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TONYA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | FILE NO 6:19-cv-00067-RSB-CLR |
| WAL-MART STORES EAST, LP and ) | |
| WALMART INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER TO DISMISS IMPROPER PARTY
AND TO RECAST THE CAPTION OF THE COMPLAINT**

Plaintiff and Defendants, having jointly moved the Court for an order under Fed. R. Civ. P. 21 to dismiss WALMART INC. as an improper party to this action, and to recast the caption of the Complaint; and the Court, having considered said motion, hereby GRANTS the parties' motion as submitted.

IT IS ORDERED that WALMART INC. is dismissed without prejudice, and the caption of this Complaint will hereinafter be styled as: TONYA TAYLOR, Plaintiff v. WAL-MART STORES EAST, LP, Defendant. It is further ordered WAL-MART STORES EAST, LP shall be substituted each and every place WALMART INC. is named in any pleadings as if WALMART INC. had never been named.

**IT IS SO ORDERED** this 4th day of  October , 2019.

_____
Magistrate Judge
The United States District Court
For the Southern District of Georgia